IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SANDRA GOMEZ and G.A.L.S. INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-227-RP |
| FCA US LLC, | § § § | |
| Defendant. | § | |

## ORDER

On August 19, 2025, Plaintiffs Sandra Gomez and G.A.L.S. Inc. ("Plaintiffs") and Defendant FCA US LLC ("Defendant") dismissed with prejudice all claims asserted by Plaintiffs against Defendant in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 7). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on August 21, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE